DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MERLANDE RICHARD,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D17-738

[January 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 09-064519 (25).

James Jean-Francois of James Jean-Francois, P.A., Hollywood, for appellant.

Jason S. Dragutsky of Hayt, Hayt & Landau, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***